# PD-1109-15

IN THE COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 24 2015

Abel Acosta, Clerk

MICHAEL DEWAYNE CARELL

V.

THE STATE OF TEXAS

§
§
§
§
§
§
§
§
§
§
§

APPEAL NO: 11-13-00242-CR

CAUSE NO: 1295039D

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

APPELLANT'S FIRST MOTION REQUESTING AN
EXTENSION OF TIME TO FILE HIS PETITION FOR
DISCRETIONARY REVIEW

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Appellant, Pro Se, Michael Dewayne Carell, TDC#1863720, confined in the Texas Department of Criminal Justice-ID, proceeding in the above appeal and cause numbers files this his FIRST "Motion For Extension Of Time" in compliance with T.R.A.P. 68.

Appellant by the operation of law, is to file his "Petition for Discretionary Review" to this Honorable Court within 30-days from the Final decision rendered by the Eleventh Court of Appeals, Eastland, Texas.

The Eleventh Court of Appeals affirmed appellant's conviction on July 30, 2015. Appellant is mandated to file his Petition for Discretionary Review no later than August 29, 2015, a Saturday.

The following circumstances justify this request for an extension respectfully:

1) Appellant has limited access to legal materials provided through the prison unit law library for research and appellant needs an extension of time in order to be able to properly and correctly prepare and file his petition in a timely manner.

This request for an extension of time is by no means intended to improperly delay the matter at hand. Appellant respectfully requests an extension of (60) days, up to on or about: OCTOBER 28, 2015.

1.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellant respectfully prays that this motion for an extension of time be GRANTED.

Respectfully Submitted:

/s/ *Michael Carell*

Michael DeWayne Carell #1863720
Allred Unit
2101 FM 369 N.
Iowa Park, Tx. 76367

## CERTIFICATE OF SERVICE

I, Michael DeWayne Carell, #1863720, Apppellant, Pro Se, in the above styled Appeal and Cause numbersdo hereby certify that a true and correct original copy of the foregoing "Motioms-For-an-Extension of time" has been forwarded to the Clerk's address below via: U.S. mail, Postage Pre-Paid, on this 19th day of August of 2015.

Forwarded to: ABEL ACOSTA
CLERK OF THE COURT
OF CRIMINAL APPEALS
OF TEXAS-
P.O. BOX 12308
Capitol Station
Austin, Tx. 78711

Respectfully submitted:

/s/ _Michael Carell_

(Michael DeWayne Carell, Pro Se)

CC:File/MDC